# UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: Anton Andrew Rivera and Denise Ann Rivera<br><br>Debtors | Case No. 14-54193<br><br>Chapter 13 |

## NOTICE OF APPEAL

By this Notice of Appeal under 28 U.S.C Section 158(a) or (b), Anton A. Rivera and Denise A. Rivera, Appellants, by and through counsel hereby appeal to the United States Bankruptcy Court from the Order given by the Bankruptcy Judge, the Honorable M. Elaine Hammond establishing the secured claim amount due to the Creditor, entered on March 30, 2015 (Doc's. #157 and #158)

The names of all parties to the order, appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

<u>Attorneys for Appellee; Deutsche Bank National Trust:</u>

PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
STEFAN PEROVICH, CASB No. 245580
stefan.perovich@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Appellants:
Anton A. Rivera and Denise A. Rivera
1689 Taylor Road
Bethel Island, California 94511

Respectfully submitted April 13, 2015

    /s/Ronald H. Freshman
RONALD H. FRESHMAN, Esq., SBN # 225136
Attorney for Appellants
3040 Skycrest Drive
Fallbrook, California 92028
Telephone: 858-756-8288
Facsimile: 858-964-1728
ronshreshman@gmail.com