# TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

| | |
|---|---|
| CASE NAME: | Anton Andrew Rivera and Denise Ann Rivera |
| BANKRUPTCY NO.: | 14-54193 |
| BANKRUPTCY JUDGE: | M. Elaine Hammond |
| DATE NOTICE OF APPEAL FILED: | 8/20/15 |
| DATE OF ENTRY OF ISSUE: | 8/21/15 |
| DATE BANKRUPTCY FILED: | 12/7/12 |
| NOTICE OF OBJECTION FILED: | |
| DATE OF TRANSMITTAL: | 8/21/15 |

FILED
AUG 21 2015
CLERK
United States Bankruptcy Court
San Jose, California

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the bankruptcy court.

_____
Deputy Clerk