Official Form 17B (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s):
   JPMorgan Chase Bank, N.A., Deutsche Bank National Trust Company as Trustee for the Certificate holders of the WAMU Mortgage Pass Through Certificate Series 2005-AR6
2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☐ Debtor
- ☒ Creditor
- ☐ Trustee
- ☐ Other (describe) _____

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below

_____   Date: September 18, 2015
Signature of attorney for appellee(s) (or appellee(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellee(s) if not represented by an attorney):
Stefan Perovich
Keesal, Young & Logan
400 Oceangate, Long Beach, CA 90802
(562) 436-2000

Case Name: *Anton Andrew Rivera and Denise Ann Rivera v. Deutsche Bank National Trust Company, etc., et al.*
Case No.: U.S. Bankruptcy Court Case No.: 14-54193 MEH 13
KYL File No.: 7365-1231

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

On September 18, 2015, I served the foregoing documents described as **OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ronald F. Freshman
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, California 92028
Telephone: (858) 756-8288
*Attorney for Appellants*

☑ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on September 18, 2015 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

BLAKE BROUTTIER

- 1 -

KYL_LB1761711

Proof of Service