**U.S. Bankruptcy Appellate Panel of the Ninth Circuit**
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

FILED
SEP 24 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11/422

**In Re:** ANTON ANDREW RIVERA; DENISE ANN RIVERA

**BAP No.:** NC-15-1280

**Bk. Ct. No.:** 14-54193

**NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT**

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Freddie Brown, Deputy Clerk
Date: September 21, 2015

Please acknowledge receipt of the case file listed above.
Dated: SEP 24 2015
Signed: Betty Walton
District Court Deputy

Assigned District Court No.
CV 15 4402 EJD

cc: Bankruptcy Court
All Parties

CV 15 4402 EJD

UNITED STATES BANKRUPTCY COURT -
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In re: Anton Andrew Rivera and Denise Ann Rivera<br><br>Debtors | Case No. 14-54193<br><br>Chapter 13 |
|---|---|

FILED SEP 24 2015 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

## NOTICE OF APPEAL

By this Notice of Appeal under 28 U.S.C Section 158(a) or (b), Anton A. Rivera and Denise A. Rivera, Appellants, by and through counsel hereby appeal to the United States Bankruptcy Court from the Orders given by the Bankruptcy Judge, the Honorable M. Elaine Hammond on August 14, 2015 dismissing the Chapter 13 Bankruptcy (Doc. # 187, # 189) and all related proceedings including Adversary Proceedings.

The names of all parties to the order, appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Attorneys for Appellee; Deutsche Bank National Trust:

PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136



DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
STEFAN PEROVICH, CASB No. 245580
stefan.perovich@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Appellants:
Anton A. Rivera and Denise A. Rivera
P.O. Box 767
1689 Taylor Road
Bethel Island, California 94511

Respectfully submitted August 20, 2015

[signature]

RONALD H. FRESHMAN, Esq., SBN # 225136
Attorney for Appellants
3040 Skycrest Drive
Fallbrook, California 92028
Telephone: 858-756-8288
Facsimile: 858-964-1728
ronshreshman@gmail.com

Entered on Docket
August 14, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




The following constitutes the order of the court. Signed August 14, 2015

M. Elaine Hammond

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Anton Andrew Rivera and<br>Denise Ann Rivera,<br>Debtor(s). | Case No. 14-54193 MEH<br>Chapter 13<br>Date: August 13, 2015<br>Time: 1:00 p.m.<br>Ctrm: 3020 (San Jose) |

**ORDER DISMISSING CHAPTER 13 CASE**

The Chapter 13 Trustee filed a motion to dismiss this Chapter 13 case for cause based on unreasonable delay that is prejudicial to creditors and Debtors' inability to propose a confirmable plan. A hearing on the motion was held June 4, 2015. The court ordered Debtors to propose a confirmable plan by July 8, 2015 for a confirmation hearing on July 23, 2015. The hearing on the Trustee's motion to dismiss was continued to the same date. On July 8, Debtors filed a document that was an amended plan in title alone. As such, the confirmation hearing did not go forward. At the continued hearing on the Trustee's motion, the court ordered Debtors continue making payments to the Chapter 13 Trustee in the amount proposed by Debtors and to make post-petition mortgage payments to Deutsche Bank beginning on August 1, 2015[1], and providing that the case would be dismissed if such payments were not made.

[1] Debtors' plan proposed to provide direct payment of property taxes and insurance during the plan. At the July 23 hearing, Debtors conceded that no such payments have been made.

On August 13, 2015, Deutsche Bank's counsel filed a declaration stating that Debtors had not tendered the monthly payment as required. A continued hearing on the motion to dismiss was held later that day. Stefan Perovich appeared on behalf of Deutsche Bank and Ronald Freshman appeared on behalf of Debtors. At the continued hearing, Debtors admitted that the payment was not made.

For the reasons set forth more fully on the record, it is hereby ORDERED that

(1) The above-captioned Chapter 13 case is dismissed.

(2) The court shall retain jurisdiction over the case to determine whether pre-confirmation disbursements made by the Trustee pursuant to court order should be disgorged to the Trustee and returned to Debtors. The Trustee shall maintain her duties until the disbursement issue is resolved.

(3) A hearing on the disbursement issue will be held September 24, 2015 at 9:30 a.m. Briefs shall be filed and exchanged by September 3, 2015. Responses shall be filed and exchanged by September 14, 2015.

***END OF ORDER***

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

**COURT SERVICE LIST**

All ECF Recipients

Form DOC

UNITED STATES BANKRUPTCY COURT
Northern District of California

| In Re: | Anton Andrew Rivera and Denise Ann Rivera | Case No.: 14−54193 MEH 13 |
| --- | --- | --- |
| | Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/14/15 dismissing the above−captioned case.

Dated: 8/14/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 187

# Notice Recipients

District/Off: 0971–5 User: rrombawa Date Created: 8/14/2015
Case: 14–54193 Form ID: DOC Total: 47

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr Real Time Solutions, Inc
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov
tr Martha G. Bronitsky 13trustee@oak13.com
aty Arnold L. Graff ecfcanb@aldridgepite.com
aty Helen D. Hsueh helen.hsueh@kyl.com
aty Juliette McCullough JMcCullough@CWGHP.com
aty Parada K. Ornelas pkovadi@piteduncan.com
aty Raymond F. Moats, III rmoats@weltman.com
aty Ronald H. Freshman ronfreshman@gmail.com
aty Stefan Perovich stefan.perovich@kyl.com
TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Anton Andrew Rivera P.O. Box 767 Bethel Island, CA 94511
jdb Denise Ann Rivera P.O. Box 767 Bethel Island, CA 94511
cr Deutsche Bank N.A. Pite Duncan, LLP c/o PARADA KOVADI 4375 Jutland Drive, Suite 200 4375 Jutland Drive, Suite 200 San Diego, CA 92177–0933
cr Deutsche Bank National Trust Company as Trustee Pite Duncan, LLP c/o Arnold Graff 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177–0933
cr GE Capital Retail Bank c/o Recovery Management Systems Corporat 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131–1605
smg State Board of Equalization Attn: Special Procedures Section, MIC:55 P.O. Box 942879 Sacramento, CA 94279
smg CA Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280–0001
smg CA Franchise Tax Board Attn: Special Procedures P.O. Box 2952 Sacramento, CA 95812–2952
smg IRS P.O. Box 7346 Philadelphia, PA 19101–7346
13858298 Aaron Bryant Stewart & Cross P.O. Box 17208 Tuscon, AZ 85731
13858303 Bank of America, N.A. NC4–105–02–99 PO Box 26012 Greensboro, NC 27420–6012
13858283 California Reconveyance Company Account number: XXXXXX5459 9200 Oakdale Avenue CA24379 Chatsworth, CA 91311
13858285 Chase Account number: XXXXXXXXX3210 PO Box 78035 Phoenix, AZ 85062–8035
13858282 Chase Account number:XXXXXX5459 PO Box 78420 Phoenix, AZ 85062–8420
13858289 Chase Cardmember Service Account number:XXXXXXXXXXXX1320 PO Box 94014 Palatine, IL 60094–4014
13858288 Citibusiness Card Account number: XXXXXXXXXXXX5567 PO Box 6416 The Lakes, NV 88901–6416
13858297 Davis & Goldmark, Inc 23441 S.Pointe Dr.#190 Laguna Hills, CA 92653
13858304 Deutche Bank National Trust Company 1761 E. St. Andrew Place Santa Ana, CA 92705
13858293 Deutche Bank 1761 East St Andrews Place Santa Ana, CA 92705
13858307 Deutsche Bank NTC as Trustee etc. 1761 East Saint Andrew Pl. Santa Ana CA 92705
13858299 Deutsche Bank National Trust Company Chase Records Center Attn: Correspondence Mail Mail Code LA4–5555 700 Kansas Lane Monroe, LA 71203
13858302 Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812
13858286 Hunter Douglas Fabrication Account number: XXXX142 File 749333 Los Angeles, CA 90074–9333
13858300 Internal Revenue Service 2525 Capitol Street, #107 Fresno, CA 93721
13858291 Internal Revenue Service Center Account number: XXXXX4409 PO Box 7704 San Francisco, CA 94120–7704
13858295 JPMorgan Chase P.O. Box 78035 Phoenix, AZ 85062
13858294 JPMorgan Chase P.O. Box 78420 Phoenix, AZ 85062
13858296 Phillips & Cohen Associates 695 Rancocas Rd Westhampton, NJ 08060
13858301 Pite Duncan LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177–0933
13858305 Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541
13858308 Real Time Resolutions Inc. agent for Chase Bank N.A. etc. 1349 Empire Central #150 Dallas TX 75247–4029
13858306 Real Time Resolutions, Inc. 1349 Empire Central, Suite #150 PO Box 36655 Dallas, Texas 75247–4029
13858287 Skandia Window Fashions Account number XX296 PO Box 6566 Tallahassee FL 32314–6566
13858292 State of California Board of Equalization Account number: XXXXX5940 PO Box 942879 Sacramento, CA 94279–0001
13858290 State of California Franchise Tax Board Account number:XXXXX3000 PO Box 942857 Sacramento, CA 94257–0511

13858284 Washington Mutual Bank, FA Account number: XXXXXX3210 2273 North Green Valley Parkway Suite 14 Henderson, NV 89014
13858281 Washington Mutual Bank, FA Account number: XXXXXX5459 9451 Corbin Avenue Northridge, CA 91324

TOTAL: 37

Form NTCRFBK

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In re Debtor(s): | Case No.: 14−54193 MEH 13<br>Chapter: 13 |
|---|---|
| Anton Andrew Rivera and Denise Ann Rivera | |

**NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL**

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by Ronald H. Freshman with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 8/21/15

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Ron Rombawa
Deputy Clerk

**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
280 South First Street, Room 3035
San Jose, CA 95113-3099

**TRANSMITTAL FORM**

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

| | |
|---|---|
| CASE NAME: | Anton Andrew Rivera and Denise Ann Rivera |
| BANKRUPTCY NO.: | 14-54193 |
| BANKRUPTCY JUDGE: | M. Elaine Hammond |
| DATE NOTICE OF APPEAL FILED: | 8/20/15 |
| DATE OF ENTRY OF ISSUE: | 8/21/15 |
| DATE BANKRUPTCY FILED: | 12/7/12 |
| NOTICE OF OBJECTION FILED: | |
| DATE OF TRANSMITTAL: | 8/21/15 |

FILED
AUG 21 2015
CLERK
United States Bankruptcy Court
San Jose, California

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the bankruptcy court.

Deputy Clerk

Official Form 17B (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s):
   JPMorgan Chase Bank, N.A., Deutsche Bank National Trust Company as Trustee for the Certificate holders of the WAMU Mortgage Pass Through Certificate Series 2005-AR6
2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ______________________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☒ Creditor
- ☐ Trustee
- ☐ Other (describe) ______________________

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below

[signature]
Signature of attorney for appellee(s) (or appellee(s) if not represented by an attorney)

Date: September 18, 2015

Name, address, and telephone number of attorney (or appellee(s) if not represented by an attorney):
Stefan Perovich
Keesal, Young & Logan
400 Oceangate, Long Beach, CA 90802
(562) 436-2000

Case Name: *Anton Andrew Rivera and Denise Ann Rivera v. Deutsche Bank National Trust Company, etc., et al.*
Case No.: U.S. Bankruptcy Court Case No.: 14-54193 MEH 13
KYL File No.: 7365-1231

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

On September 18, 2015, I served the foregoing documents described as **OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ronald F. Freshman
Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, California 92028
Telephone: (858) 756-8288
*Attorney for Appellants*

☑ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on September 18, 2015 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Blake Broutier
BLAKE BROUTTIER

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1652
Case 7
neopost
045J83094022
$1.640
09/21/2015
Mailed From 91104
POSTAGE